**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 5:10-CR-46  (HL)** |
| | : | |
| **SANTANA ROMERO-DIAZ** | : | |
| _____ | : | |

**O R D E R**

Upon the motion of the Government, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the July term of court to the following term of court.   In support of this order, the Court specifically finds that:

(1)

Defendant is the subject of a one count Indictment which charges conspiracy to possess with the intent to distribute more than five (5) kilograms of cocaine, in violation of Title 21, United States Code, Section 846, i/c/w Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

(2)

Arraignment is scheduled for June 21, 2010.  This case has now appeared on the Pre-Trial Calendar for June 28, 2010 with a trial date of July 12, 2010.

(3)

In light of the foregoing the Government and the Defense have not had an opportunity to conduct Pre-trial discovery; consequently, the case will not be in a position to be ready for trial on July 12, 2010.

(4)

The Defense consents to this motion.

(5)

The ends of justice served by granting the continuance to the next term of Court outweighs the best interest of the public and the Defendant in a speedy trial.

WHEREFORE IT IS ORDERED that the entire case be continued to the next regularly scheduled term of court for the Macon Division.  IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 15th day of June 2010.


        s/  Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
s/VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY